**Edgar Ivan SOTO GALAVIZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–74044.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 30, 2009.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Edgar Ivan Soto Galaviz, Las Vegas, NV, pro se.

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, Stacy Stiffel Paddack, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Edgar Ivan Soto Galaviz, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his motion to continue. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to continue, *Sandoval–Luna v. Mukasey,* 526 F.3d 1243, 1246 (9th Cir.2008) (per curiam), and we deny in part and dismiss in part the petition for review.

The agency did not abuse its discretion in denying Soto Galaviz's motion to continue because his eligibility for relief was speculative and not immediately available. *See id.* at 1247. It follows that the agency did not violate Soto Galaviz's due process rights by denying his motion to continue. *See Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error for a due process violation).

We lack jurisdiction to review the BIA's discretionary determination that

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Soto Galaviz failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005).

Soto Galaviz's remaining contentions are not persuasive.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**